AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One Green 1998 Ford Expedition,
VIN 1FMRU18W6WLC00278,
MD Tag No. 365M424

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Debra L. LaPrevotte_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in or around the District of Maryland there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One Green 1998 Ford Expedition,
VIN 1FMRU18W6WLC00278,
MD Tag No. 365M424

which is (state one or more bases for seizure under the United States Code)

subject to forfeiture, pursuant to Title 18, U.S.C. § 981(a)(1)(C) as property derived from, or involved in, proceeds traceable to a violation of Title 18, U.S.C. § 641 (a "specified unlawful activity" as defined in Title 18, U.S.C. § 1956(c)(7))

concerning a violation of Title __18__ United States Code, Section(s) _641 (Theft or Embezzlement of Government Property); and 1956/1957 (Money Laundering)_ . The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

William R. Cowden
Criminal Division, Asset Forfeiture Unit
(202) 307-0258

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

Signature of Judicial Officer