| | |
|---|---|
| IN THE MATTER OF THE SEIZURE | ) |
| OF ONE GREEN 1998 FORD | ) |
| EXPEDITION, VIN 1FMRU18W6WLC00278, | ) |
| MD TAG NO. 365M424. | ) |

### AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

DEBRA L. LaPREVOTTE, being duly sworn, deposes and states as follows:

### **INTRODUCTION**

1. I am a Special Agent employed by the Federal Bureau of Investigation ("FBI"). I have been so employed for nine (9) years. Currently, I am assigned to the Asset Forfeiture/ Money Laundering Squad in the FBI's Washington, D.C. Field Division (Northern Virginia Resident Agency). My investigative assignments include money laundering as it relates to the proceeds of bank fraud, wire fraud and mail fraud schemes, as well as, a variety of white collar and narcotic related investigations. I have received extensive training in Advanced Money Laundering Techniques and Complex Financial Manipulation.

2. I am currently assisting Special Agent ("SA") Jennifer L. Flynn, Office of Inspector General, Office of Investigations, United States Department of State ("DOS/OIG/INV"), Arlington, VA. SA Flynn has been an Agent of the DOS/OIG/INV since January 2005 and is assigned to investigate criminal violations involving Department of State employees and contractors.

3. This affidavit is in support of a seizure warrant for the following item:

> ONE GREEN 1998 FORD EXPEDITION, VIN
> 1FMRU18W6WLC00278, MD TAG NO. 365M424.

**BACKGROUND**

4. On or about January 31, 2005, Ms. Brenda Sprague, Director, with the Office of Language Services, Department of State, contacted SA Jennifer L. Flynn and provided information that Portia Bonner, a contract employee, had embezzled funds from her office's Travel Unit. Investigation reveals that Portia Bonner diverted the funds from the Travel Unit for her own personal use and used embezzled funds to purchase the 1998 Ford Expedition. The Department of State estimates its loss from the embezzlement to be approximately $61,590.00.

5. SA Flynn has reviewed bank information and check records associated with Portia Bonner. These records reveal that Portia Bonner used a calculating method to enrich herself by embezzling and diverting money from the Department of State's Office of Language Services Travel Unit. For example, on or about February 10, 2004 Bonner created and approved a travel authorization form for official government travel for Language Services contract employee identified as "Maria Bonaskia." A travel advance in the amount of $8000 was then direct-deposited into an account, number XXXXXXXXX7127, at SunTrust Bank of Bowie, Maryland. A bank account number XXXXXX9512, at Bank of America, Washington, DC was listed on an additional payment enrollment form in the name of "Maria Bonaskia", xxxxxxxxxxxxx, Aberdeen, MD 20818. SA Flynn interviewed Ms. Brenda Sprague, who stated that "Maria Bonaskia" has never been an employee of the Office of Language Services.

6. SA Flynn also received information from Accurint, an online credit header database, indicating that there is no record for a "Maria Bonaskia", and a search of the Social Security number provided for "Maria Bonaskia" comes back to an individual other than a "Maria Bonaskia."

7. SA Flynn's investigation reveals that in furtherance of this scheme to defraud the

Department of State, on or about March 12, 2004, Bonner created and approved a travel authorization form for official government travel for Language Services contract employee Nadia Colscov. Bonner went to the Department of State Cashier's Office, located at xxxxxxxxxxxxNWxxxxxxxxxx, Washington, DC 20520, and produced a fraudulent Power of Attorney, un-notarized, and without any seal or stamp, on what appears to be State Department letterhead. Using the fictitious Power of Attorney, Bonner received $4000 in American Express traveler's checks, numbered GA030-496-256 through GA030-496-259, RC237-076-440 through RC237-076-444, and RC263-906-970 through RC263-906-989.

     8. Again, on or about March 15, 2004, Bonner created and approved a travel authorization form for official government travel for Language Services contract employee Renu Turner. Bonner went to the Department of State Cashier's Office, located at xxxxxxxxxxxxNWxxxxxxxxxx, Washington, DC 20520, and produced a fraudulent Power of Attorney, un-notarized, and without any seal or stamp, on what appears to be State Department letterhead. Using the fictitious Power of Attorney, Bonner received $4000 in American Express traveler's checks, numbered GB027-420-194 through GB027-420-197.

     9. Again, on or about March 15, 2004 Bonner, created and approved a travel authorization form for official government travel for Language Services contract employee Elka Charren. Bonner went to the Department of State Cashier's Office, located at xxxxxxxxxxxxNWxxxxxxxxxx, Washington, DC 20520, and produced a fraudulent Power of Attorney, un-notarized, and without any seal or stamp, on what appears to be State Department letterhead. Using the fictitious Power of Attorney, Bonner received $5300 in American Express traveler's checks, numbered GB074-790-250 through GB074-790-254, and RC236-741-857 through RC236-741-859.

10. Again, on or about September 29, 2004, Bonner created and approved a travel authorization form for official government travel for Language Services contract employee Alexandra Boutakova-Klintworth. Bonner went to the Department of State Cashier's Office, located at xxxxxxxxxxxxxNWxxxxxxxxxx, Washington, DC 20520, and produced a fraudulent Power of Attorney, un-notarized, and without any seal or stamp, on what appears to be State Department letterhead. Using the fictitious Power of Attorney, Bonner received $1450 in Department of State issued American Express traveler's checks, numbered HC407-606-841 through HC407-606-843, RC257-630-100 through 257-630-102, and RC269-678-560 through RC269-678-569.

11. SA Flynn's investigation reveals that Bonner used several of the American Express traveler's checks that she secured from the Department of State through her fraud/embezzlement scheme to purchase a 1998 Ford Expedition, VIN 1FMRU18W6WLC00278, from Cowles Ford, Woodbridge, Virginia. Bonner also used $1550 in Department of State issued American Express traveler's checks to make payments to Drive Financial, an automobile finance company, for the vehicle.

12. SA Flynn interviewed Donald Hopper, the Chief Financial Officer at Cowles Ford. Mr. Hopper indicated that Bonner purchased a used 1998 Ford Expedition on March 15, 2004 for $9,998.97. The Vehicle Identification Number (VIN) of the automobile is 1FMRU18W6WLC00278.

13. SA Flynn reviewed copies of traveler's checks provided by American Express which reveal that traveler's checks numbered GA030-496-258, GA030-496-259, GB027-420-194 though GB027-420-197, and GB074-790-250 through GB 074-790-254, totaling $10,000, were cashed at Cowles Ford on or about March 15, 2004. All checks bear the signature Portia Bonner

and were issued by the Department of State.

15. SA Flynn reviewed a Treasury Enforcement Communications System (TECS) which indicates that a 1998 Ford with VIN 1FMRU18W6WLC00278 is registered in the State of Maryland to Marion Ann Bonner, xxxxxxxxxxxxx, Clinton, Maryland. The vehicle's registered tag number is 365M424. On several occasions, surveillance indicates that when the vehicle at issue is located at the Westbury Ct. residence, it (and other vehicles), is parked in the driveway, in plain view. In my nine years of experience executing vehicle seizure warrants during daylight hours, vehicles are usually located in plain view, either parked in a drive way, or parked or operated on public streets. On those occasions when the vehicle is not in plain view and I do not believe that the owner/operator will attempt to conceal or dispose of the vehicle upon becoming aware of its forfeitability, I inform the vehicle owner that the Government has a seizure warrant for the vehicle and asked the owner where the vehicle is located. If the owner indicates that the vehicle is in a garage, I ask the owner to back the vehicle out of the driveway. In my experience, such cooperation is provided. If I suspect that the owner/operator will attempt to conceal or dispose of the vehicle, I and/or other agents may instead wait in and around the area where I believe the vehicle will appear, and execute the warrant any time over a ten day period when the vehicle is in plain view. I do not enter a residence/garage to search for a vehicle unless I have first obtained a search warrant, and I do not seek to obtain such a search warrant unless I believe there is probable cause to believe that the vehicle is presently secreted in a particular garage.

15. I am advised that Title 18, United States Code, Section 981(b)(3) provides that "a seizure warrant may be issued . . . by a judicial officer in any district in which a forfeiture action against the property may be filed under Section 1355(b) of Title 28, *and may be executed in any district in which the property is found . . . .*" Inasmuch as the property subject to forfeiture is

moveable and frequently located in Maryland, and inasmuch as some of the embezzlement activities occurred in the District of Columbia (thus establishing venue under Section 1355(b)), this District Court may issue, and caused to be served in Maryland or in any other district, the requested seizure warrant.

## **CONCLUSION**

16. Based upon the foregoing, and upon my training and experience, probable cause exists to believe that Bonner committed the offense of Theft of Public Money, that is, she embezzled, stole, purloined, or knowingly converted to her use, any money or thing of value of the United States or of any department or agency thereof, in violation of Title18, United States Code, Section 641, and that the green 1998 Ford Expedition, VIN 1FMRU18W6WLC00278, was purchased with proceeds of this violation and is, therefore, subject to seizure and civil forfeiture pursuant to: (1) Title 18, United States Code, Section 981(a)(1)(C), as property derived from, or involved in, proceeds traceable to a violation of Title 18, United States Code, Section 641 (Theft or Embezzlement of Government Property – a "specified unlawful activity" as defined in Title 18, United States Code, Section 1956(c)(7)); and (2) Title 18, United States Code, Section 981(a)(1)(A), as property involved in a transaction in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Money Laundering).

17. Wherefore, it is requested that a seizure warrant be issued for the following item:

    ONE 1998 FORD EXPEDITION, VIN 1FMRU18W6WLC00278, MD TAG NO. 365M424.

                                                                    Debra L. LaPrevotte, Special Agent
                                                                    Federal Bureau of Investigation
                                                                    United States Department of Justice

SWORN TO AND SUBSCRIBED before me this _____ day of October, 2005.

United States Magistrate Judge
for the District of Columbia